IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| JOSEPH A. KURTZ, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CV331 |
| v. | ) | |
| JOHN DOE, | ) | ORDER AND JUDGMENT |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's complaint (Filing No. 1) is dismissed without prejudice.

2) Plaintiff's application to proceed in district court without prepaying fees or costs (Filing No. 2) is denied as moot.

DATED this 20th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court